

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Petition of

Civil Action No. 98 Civ. 0124(SHS)(JCF)

J.G. WENTWORTH ORIGINATIONS, LLC,

                Petitioner,

-and-

TYREL ISRAEL, ALLSTATE LIFE INSURANCE
COMPANY OF NEW YORK and ALLSTATE
SETTLEMENT CORPORATION,

As Interested Persons Pursuant to GOL § 5-1701(c).

**ORDER TO SHOW CAUSE**

UPON the annexed Affidavit of CYNTHIA A. MATHEKE, ESQ., sworn to on February 24, 2014, and the Petition of Cynthia A. Matheke, Esq. dated February 24, 2014, and upon all prior pleadings and proceedings heretofore and herein, and sufficient reason appearing therefrom:

LET Respondents, TYREL ISRAEL, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK and ALLSTATE SETTLEMENT CORPORATION, show cause before this Court, at the United States District Court for the Southern District of New York, 500 Pearl St, New York, New York, before the Honorable Sidney H. Stein on the ___ day of March, 2014, at 9 A.M. o'clock, or as soon thereafter as counsel can be heard, why this Court should not enter an Order (a) permitting the Court of Common Pleas of Beaver County, Pennsylvania, to determine the requested transfer of future structured settlement payments from Tyrel Israel, to J.G. Wentworth under Pennsylvania's Structured Settlement Protection Act, PA ST 40 P.S. §4001, *et seq.*, as the Infant's Compromise Order was entered in the United States District Court for the Southern District of New York, Civil Action No. 98 Civ. 0124 (SHS) (JCF); and, (b) for any and all further relief that this Court deems just and proper.

(493047)

-2-

Sufficient cause appearing therefore, LET _____ service of a copy of this Order, RJI, Petition, Affirmation and proposed form of Order upon Payee, TYREL ISRAEL, Annuity Issuer, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, and Settlement Obligor, ALLSTATE SETTLEMENT CORPORATION, pursuant to CPLR §311 and Insurance Law §1212 on or before _March 5_, 2014 (**which date shall be at least 20 days before the time at which the Petition is noticed to be heard pursuant to GOL §5-1705(c)**) be deemed sufficient service; *answering papers due March 14; any reply papers due March 19. Mr. Israel is to set forth the purpose of the transfer.*

*Feb 28, 2014*
*N.Y., N.Y.*

E N T E R

_____
HON. SIDNEY H. STEIN, J.S.C.

(493047)               -2-