```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In the Matter of the Petition of          :       98 Civ. 124 (SHS)

J.G. WENTWORTH ORIGINATIONS, LLC,         :

              Petitioner,   :       ORDER

-and-                                     :

TYREL ISRAEL, *ET AL.*,                   :

As Interested Persons Pursuant to GOL § 5-1701(c).:

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that the Clerk of Court shall designate this case to the Electronic Case Filing database (ECF). Counsel to any party who is not a registered user of this Court's ECF database is directed to register immediately and obtain a log in and password to this Court's ECF database. Attorneys appearing as counsel for all parties shall file their pleading(s) and other papers using the ECF system.

Dated: New York, New York
       March 4, 2014

                                     SO ORDERED:

                                       _____
                                       Sidney H. Stein, U.S.D.J.