UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4__|_11_|_14__
```

THEODORE ISRAEL, et al.

                                    Plaintiffs,

                -against-                                    98 Civ. 124 (SHS)

CITY OF NEW YORK, et al.

                                    Defendants.

---

In the Matter of the Petition of

J.G. WENTWORTH ORIGINATIONS, LLC,

                                    Petitioner,              ORDER

                -and-

TYREL ISRAEL, ALLSTATE LIFE
INSURANCE COMPANY OF NEW YORK
and ALLSTATE SETTLEMENT
CORPORATION,

                                    Respondents.

SIDNEY H. STEIN, U.S. District Judge.

On April 10, 2014, this Court held a hearing in open court on J.G. Wentworth's petition dated February 24, 2014 to "permit the application for the transfer of future structured settlement payments from Tyrel Israel to J.G. Wentworth to proceed before the Court of Common Pleas of Beaver County, Pennsylvania." Counsel for J.G. Wentworth was present, and Mr. Israel participated by telephone and was put under oath.

Based on Israel's representations at the hearing that he currently resides in New York, and on J.G. Wentworth's request at the hearing to

withdraw the petition, the petition is hereby dismissed without prejudice to its renewal at a later date.

Dated: New York, New York
April 10, 2014

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2